IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA

IF ONLY, LLC and MAGNOLIA
SQUARE CPU, LLC,

    Plaintiffs,

v.                                CASE NO. 05-2022-CA-1008 OC

CITY OF ST. CLOUD, a political
Subdivision of the State of Florida,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, CITY OF ST. CLOUD, pursuant to 28 U.S.C. §1441(c)(A), 28 U.S.C. §1443 and 28 U.S.C. §1446, files this notice of removal of the action pending in the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida, case number 05-2022-CA-1008-OC.

1. On April 20, 2022, Plaintiffs filed a complaint in the Circuit Court of the Ninth Judicial Circuit in Osceola County, Florida against the above-named Defendant.

2. On May 5, 2022, Plaintiffs served the City of St. Cloud. Plaintiffs and Defendant stipulated to a thirty (30) day extension, requiring the response due no later than June 24, 2022. The City of St. Cloud now files this notice of removal.

3. In Count I of their Complaint Plaintiffs seek to state a cause of action against the City of St. Cloud for deprivation of Plaintiffs' Civil Rights.

    a. The right to not be deprived of property without notice and opportunity to be heard prior to such deprivation, in violation of due process under the Fifth Amendment, made applicable to the States by the Fourteenth Amendment. See Complaint at Paragraph 103.

4. Plaintiffs allege at paragraph 2 of their Complaint that:

Defendant, under color of state law, contrived to and did cause Plaintiffs to have its/their building permit cancelled, condemned its building, denied a permit for a temporary sign, denied a permit for a temporary container, cut power lines to multiple meters, including to

a building with a separate address which contained a tenant and did not allow an appeal to be heard, thus depriving Plaintiffs of property without due process of law in violation of the Fifth and Fourteenth Amendments to the Constitution of the United States; Article I, Sec. 9, Constitution of Florida; and 42 U.S.C. Sec. 1983.

5. This Court has original jurisdiction pursuant to 28 U.S.C. §1343(a)(3) and 28 U.S.C. §1331 because Plaintiffs have invoked federal question jurisdiction pursuant to 42 U.S.C. §1983.

Wherefore, the Defendant, CITY OF ST. CLOUD, respectfully requests this Court to remove the present action to the United States District Court for the Middle District of Florida, Orlando Division.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email transmission through the Florida Court's e-Filing Portal to: W. Nathan Meloon, Esq., nmeloon@USLegalTeam.com; julie@uslegalteam.com and tjones@uslegalteam.com this 7th day of June, 2022.

/s/ *Stephanie J. Brionez*
STEPHANIE J. BRIONEZ
Florida Bar No. 0638161
JOHN D. METCALF
Florida Bar No. 0806021
Brionez + Brionez, P.A.
P.O. Box 985
Tavares, FL 32778
352-432-4044
352-609-2876 – fax
Primary Email: StephB@bblawfl.com
Secondary: WendyC@bblawfl.com
Attorneys for Defendant